JWD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                   CASE NO. 20-03559-MH3-13
JAMES WHITFIELD LIVINGSTON                07/30/2020
P O BOX 91047
NASHVILLE, TN 37209

SSN XXX-XX-2895

## ORDER TO PAY TRUSTEE

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS, THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$1155.00 MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN 37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: JAMES WHITFIELD LIVINGSTON<br>CASE NUMBER: 320-03559 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101<br>            800-231-5928<br>FAX:     615-242-3241 |
|---|---|---|

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

cc: JAMES WHITFIELD LIVINGSTON
     LEFKOVITZ AND LEFKOVITZ PLLC
     PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.