*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 7/30/2020

                                                                                                                                                                        JWD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

```
IN RE:                                        CASE NO. 20-03559-MH3-13
JAMES WHITFIELD LIVINGSTON                    07/30/2020
P O BOX 91047
NASHVILLE, TN  37209

SSN XXX-XX-2895
```

## ORDER TO PAY TRUSTEE

    The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

    IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$1155.00 MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: JAMES WHITFIELD LIVINGSTON<br>CASE NUMBER: 320-03559 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101<br>       800-231-5928<br>FAX:   615-242-3241 |
|---|---|---|

    IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

    IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

    IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

                                                                                                THIS ORDER WAS SIGNED AND ENTERED
                                                                                               ELECTRONICALLY AS INDICATED AT THE
                                                                                               TOP OF THE FIRST PAGE.

```
cc: JAMES WHITFIELD LIVINGSTON
    LEFKOVITZ AND LEFKOVITZ PLLC
    PAID DIRECT BY DEBTOR
```

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.