```
                          United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                                Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON                                            Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0650-3        User: ko8454              Page 1 of 1            Date Rcvd: Jul 30, 2020
                            Form ID: pdf001           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
db              +JAMES WHITFIELD LIVINGSTON,    PO BOX 91047,    Nashville, TN 37209-9047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor JAMES WHITFIELD LIVINGSTON
               slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
               2946@notify.bestcase.com;mspezia@lefkovitz.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 3

*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 7/30/2020

JWD

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                              CASE NO. 20-03559-MH3-13
JAMES WHITFIELD LIVINGSTON                          07/30/2020
P O BOX 91047
NASHVILLE, TN  37209

SSN XXX-XX-2895

## ORDER TO PAY TRUSTEE

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$1155.00 MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| **MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:**<br><br>**CHAPTER 13 TRUSTEE**<br>**P O BOX 340019**<br>**NASHVILLE, TN  37203** | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: JAMES WHITFIELD LIVINGSTON<br>CASE NUMBER: 320-03559 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101<br>       800-231-5928<br>FAX:   615-242-3241 |

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

cc: JAMES WHITFIELD LIVINGSTON
    LEFKOVITZ AND LEFKOVITZ PLLC
    PAID DIRECT BY DEBTOR

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.