IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

JAMES WHITFIELD LIVINGSTON,   NO.   3:20-bk-03559

Debtor.                                                          Chapter 13

Creditor:   FARM CREDIT MID-AMERICA, FLCA
Attn:  Ricky West
100 Nevada Avenue
Greeneville, TN 37745

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Comes now, **W. ANDREW BOBO**, attorney for Creditor **FARM CREDIT MID-AMERICA, FLCA** (f/k/a Farm Credit Services of Mid-America, FLCA), and files this Notice of Appearance on behalf of such Creditor, and requests such Notice be entered in the above case; and furthermore requests, pursuant to Rules 2002, 3017, 9007, and 9010 of the *Federal Rules of Bankruptcy Procedure* and 11 U.S.C. § 342, that copies of all notices and pleadings given or filed in this case, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints, and demands, be given and served upon the undersigned counsel at the following address:

> W. Andrew Bobo
> Bobo, Hunt & White
> P. O. Box 169
> Shelbyville, TN  37162
> ECF Email Address: abobo@bobohuntandwhite.com

Respectfully submitted, this the 27th day of August, 2020.

BOBO, HUNT & WHITE

/s/W. Andrew Bobo
W. Andrew Bobo, TN BPR #022443
Attorney for Creditor Farm Credit
   Mid-America, FLCA
P. O. Box 169
Shelbyville, TN  37162
Telephone: (931) 684-4611
Fax: (931) 684-4628
Email: abobo@bobohuntandwhite.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was filed and served via the Court's electronic case filing and noticing system to all parties registered to received electronic notices in this matter this 27th day of August, 2020.

*/s/* W. Andrew Bobo

2

Case 3:20-bk-03559    Doc 16    Filed 08/27/20    Entered 08/27/20 11:00:49    Desc Main
Document      Page 2 of 2