IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 3:20-bk-03559** |
| JAMES WHITFIELD LIVINGSTON, | ) | **Chapter 13** |
| | ) | **Judge Marion F. Harrison** |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, Milessa Thomas, a creditor in this case, hereby notifies the Court of the appearance of her counsel in this matter. In addition to the notices and orders to which she is a party, please provide copies of all electronic notices sent in this case to undersigned at the following address:

    Matthew R. Murphy
    Smythe Huff & Murphy, PC
    1222 16th Avenue South, Suite 301
    Nashville, Tennessee 37212
    mmurphy@smythehuff.com

this 10th day of September, 2020.

    Respectfully submitted,

    By: /s/ Matthew R. Murphy
    Matthew R. Murphy (#24627)
    **Smythe Huff & Murphy PC**
    1222 16th Avenue South, Suite 301
    Nashville, Tennessee 37212
    Phone: (615) 255-4849
    Fax: (615) 255-4855
    mmurphy@smythehuff.com

    Attorneys for Milessa Thomas