IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 3:20-bk-03559** |
| JAMES WHITFIELD LIVINGSTON, ) | **Chapter 13** |
| ) | **Judge Marion F. Harrison** |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, Cassie Burton, a creditor in this case, hereby notifies the Court of the appearance of her counsel in this matter. In addition to the notices and orders to which she is a party, please provide copies of all electronic notices sent in this case to undersigned at the following address:

> Matthew R. Murphy
> Smythe Huff & Murphy, PC
> 1222 16th Avenue South, Suite 301
> Nashville, Tennessee 37212
> mmurphy@smythehuff.com

this 10th day of September, 2020.

                Respectfully submitted,

                By: /s/ Matthew R. Murphy
                Matthew R. Murphy (#24627)
                **Smythe Huff & Murphy PC**
                1222 16th Avenue South, Suite 301
                Nashville, Tennessee 37212
                Phone: (615) 255-4849
                Fax: (615) 255-4855
                mmurphy@smythehuff.com

                Attorneys for Cassie Burton