IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
JAMES LIVINGSTON, ) CASE NO. 3:20-bk-03559
) CHAPTER 13
Debtor(s). )
)

## OBJECTION TO CONFIRMATION

| HEARING DATE: 10/14/2020 at 8:30 AM Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 |
|---|

Comes FIRST HERITAGE CREDIT and hereby objects to confirmation of the proposed plan based upon valuation, interest rate and lack of adequate protection.

Respectfully submitted,

/s/ Kevin J. Jones
KEVIN J. JONES, REG. NO. 9058
1801 8th Avenue South, Suite 100
Nashville, Tennessee 37203
(615) 383-9999
Fax (615) 383-6006
kevin@kjjlaw.com
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the following, on this the 14th day of September 2020.

**VIA ECF**
Chapter 13 Trustee

**VIA ECF**
Debtor(s) Counsel

**VIA U.S. MAIL**
Debtor(s)

/s/ Kevin J. Jones
Kevin J. Jones