L.B.
SEP 2 3 2020

LEFKOVITZ AND LEFKOVITZ PLLC

# CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: JAMES WHITFIELD LIVINGSTON  
Case No. 20-03559-MH3-13  
341 Date: September 15, 2020  8:30 am

1. Is your current mailing address?  Yes ✓  No ___

   P O BOX 91047, NASHVILLE, TN 37209

   If your address is not correctly listed, indicate your correct mailing address:

   _____

   _____

   Email address: _Jameslivingston116.com_ ✓

   I consent to Trustee sending correspondence by email, unless noted here.

2. What is your current phone number?

   Home phone: N/A   Cell phone: 615-618-8497 ✓

3. Do you have a domestic support obligation YOU HAVE TO PAY such as child support, or alimony?  Yes ✗  No ___

   If yes, please provide the following:

   Claimant's name (person you owe): _LocanLoes_

   Address: _3911 Coodict Nashville, TN 37205_

   Payment amount: $ 750.00

   When will your obligation to pay end? _Oct. 20th  2036_

   *DSO letter mailed 8/3/20*

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?  Yes ✗  No ___

4. Have you filed all required tax returns for the past four years?  Yes ✗  No ___

   Not required to file a tax return ___

   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?  Yes ___  No ✗

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?

6. Are you currently employed at:  Yes ✗  No ___

   _Livingstons LLC_

| | | |
|---|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | | |

Name & address of new employer _____

New monthly income amount $_____

How often are you paid? Weekly ___ Every two weeks ___ Semi-Monthly ___ Monthly ___

| | | |
|---|---|---|
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes X | No ___ |
| 9. Is the signature on the petition and the schedules your own? | Yes X | No ___ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes X | No ___ |
| 11. Did you list everything you own in your schedules and statements? | Yes X | No ___ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ___ | No X |
| 13. I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes X | No ___ |

14. Identify the attorney or other individual with whom you determined which chapter to file under.
_Lefkovitz & Lefkovitz_

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.
_Lefkovitz & Lefkovitz_

15. I certify that I watched the Discharge Video found at www.ch13nsh.com.  Yes X  No ___

I certify that I watched the Introductory Video found at www.ch13nsh.com.  Yes X  No ___

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

9-14-2020
Date

_[signature]_
Debtor's Signature

**LEFKOVITZ AND LEFKOVITZ PLLC**
Debtors Attorney

**JAMES WHITFIELD LIVINGSTON**

| For Trustee Use Only |
|---|
| Tax Return received _____ |
| Pay Advices received _____ |

vers. 6/11/2(