IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: )
 )  **Case No. 3:20-bk-03559**
**JAMES WHITFIELD LIVINGSTON,** ) **Chapter 13**
 ) **Judge Marion F. Harrison**
 Debtor. )

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, Synovus Bank, a creditor in this case, hereby notifies the Court of the appearance of its counsel in this matter. In addition to the notices and orders to which it is a party, please provide copies of all electronic notices sent in this case to undersigned at the following address:

> Matthew R. Murphy
> Smythe Huff & Murphy, PC
> 1222 16th Avenue South, Suite 301
> Nashville, Tennessee 37212
> mmurphy@smythehuff.com

this 30th day of September, 2020.

    Respectfully submitted,

    By: /s/ Matthew R. Murphy
    Matthew R. Murphy (#24627)
    **Smythe Huff & Murphy PC**
    1222 16th Avenue South, Suite 301
    Nashville, Tennessee 37212
    Phone: (615) 255-4849
    Fax: (615) 255-4855
    mmurphy@smythehuff.com

    Attorneys for Synovus Bank