IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| James Livingston, | ) CASE NO :20-3559 |
| | ) CHAPTER 13 |
| Debtor(s). | ) |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

Comes FIRST HERITAGE CREDIT and hereby gives notice it is withdrawing its previously filed objection to confirmation filed 09/14/2020, Docket Entry # 21, as the objection has been resolved by providing for the creditor's claim with a secured value of $2794.34 (FULLY SECURED), to receive 4.5 % interest and a $55.00 monthly payment. Based upon this treatment said objection is hereby WITHDRAWN.

Respectfully submitted,

/s/Kevin J. Jones
KEVIN J. JONES, REG. NO. 9058
1801 8th Avenue South, Suite 100
Nashville, Tennessee 37203
(615) 383-9999
(615) 383-6006 Fax
Kevin@kjjlaw.com
***Attorney for Creditor***