# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                Case No. **20-03559-MH3-13**

**JAMES WHITFIELD LIVINGSTON**          Judge:      **MARIAN F HARRISON**

CONFIRMATION HEARING DATE: **November 18, 2020**

TIME OF HEARING: **8:30 AM**

SSN XXX-XX-2895

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING ON CONFIRMATION

**THE HEARING WILL BE via AT&T CONFERENCE LINE USING CALL-IN NUMBER 1-888-363-4749 and Access Code 6926390#.**

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above-styled case for a confirmation hearing, and for cause therefore would state:

**The Trustee objects to confirmation.**

**A creditor in attendance at the Meeting of Creditors objected to confirmation or has filed a written objection prior to the meeting of creditors.**

As grounds for such request, the Trustee would state:

**MELISSA THOMAS AND CASSIE BURTON FILED OBJECTIONS TO CONFIRMATION. INADEQUATE NOTICE OF TREATMENT OF JOHN DEERE SECURED CLAIM.**

Other parties requesting notice of hearing: **MATTHEW MURPHY**

                                                                                Respectfully Submitted,

                                                                                /s/ Henry E. Hildebrand, III
                                                                                HENRY E. HILDEBRAND, III
cc: Debtor(s)                                                         CHAPTER 13 TRUSTEE
     Debtor(s) Attorney                                P O BOX 340019
     Objecting Creditor                                NASHVILLE, TN  37203
                                                                                615-244-1101
                                                                                pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on JAMES WHITFIELD LIVINGSTON, P O Box 91047, Nashville, TN  37209 and LEFKOVITZ AND LEFKOVITZ PLLC, 618 Church Street Ste 410, Nashville, TN  37219;

and objecting creditor(s)

on this 29th day of October, 2020

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
Chapter 13 Trustee