## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

IN RE:                      )
JAMES WHITFIELD LIVINGSTON,  )
                            )    Case No. 3:20-bk-03559
                            )    Chapter 13
     Debtor(s).             )    Judge Harrison
                            )

## ORDER DIRECTING EXAMINATION
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon the motion of Cassie Burton and Milessa Thomas, by and through counsel, it is ordered that James Whitfield Livingston, both in his individual capacity and as the sole owner of Livingscapes, LLC, and LG Ornamentals, LLC shall appear for examination pursuant to *Federal Rule of Bankruptcy Procedure* 2004, at a mutually convenient time no later than November 17, 2020. Because of continuing concerns over the impact of COVID-19, which currently limits in-person appearances in this Court and at Meetings of Creditors, the examination shall be held electronically. The examination may be either telephonic or by video so long as the method chosen by the movant is reasonably accessible to the party being examined and any expense is borne by the movant. The movant shall provide instructions to the party to be examined regarding the chosen electronic method for the examination. If the examining party wishes to pursue an in-person examination, a separate motion must be filed explaining the extenuating circumstances that justify such relief. An in-person examination may also be conducted if the parties agree on satisfactory arrangements calculated to protect the health and safety of everyone in attendance.

**IT IS FURTHER ORDERED** that the attorney for the movant shall serve a copy of this order, along with the information regarding the electronic means to be used, on the party required to appear, counsel if the party is represented, and the U.S. Trustee. The attendance of an entity for examination and the production of documentary evidence are compelled in the manner provided in *Federal Rule of Bankruptcy Procedure* 9016 for the attendance of witnesses at a hearing or trial.

Dated: November 10, 2020

                                                  /s/ Teresa C. Azan
                                                  Clerk of Court