# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 3:20-bk-03559** |
| **JAMES WHITFIELD LIVINGSTON,** ) | **Chapter 13** |
| ) | **Judge Marion F. Harrison** |
| Debtor. ) | |

## JOINT MOTION REQUESTING THAT CONTESTED CONFIRMATION HEARING BE CONDUCTED BY ZOOM

COMES NOW Cassie Burton and Milessa Thomas, creditors and parties-in-interest in the above-captioned case, and Debtor, James Whitfield Livingston, by and through their attorneys, request that the Confirmation Hearing on the Debtor's proposed Chapter 13 Plan be conducted via Zoom video conference. In support of this Motion, Movants would show the Court:

1. Milessa Thomas ("Ms. Thomas") filed her Objection to Confirmation of Plan on September 10. 2020. [Dkt. No. 19].

2. Cassie Burton ("Ms. Burton") filed her Objection to Confirmation of Plan on September 10. 2020. [Dkt. No. 20].

3. It is anticipated that the contested confirmation hearing will require the testimony of several witnesses and the admission of numerous exhibits, and therefore the parties request that the hearing be conducted via Zoom video conference for the benefit of both the Court and the parties to facilitate both the taking of testimony and the admission of exhibits.

**WHEREFORE**, based on the foregoing, Milessa Thomas, Cassie Burton, and James Livingston request that an Order be entered setting the confirmation hearing for the Debtor's proposed Chapter 13 Plan be conducted via Zoom video conference.

Respectfully submitted,


By: /s/ Matthew R. Murphy
Matthew R. Murphy (#24627)
Smythe Huff & Murphy PC
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
Phone: (615) 255-4849
Fax: (615) 255-4855
mmurphy@smythehuff.com

Attorney for Cassie Burton and Milessa Thomas


By: /s/ Steven L. Lefkovitz (by permission)
Steven L. Lefkovitz
Lefkovitz & Lefkovitz
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
slefkovitz@lefkovitz.com

Attorney for James Whitfield Livingston

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed and served via the Court's electronic case filing and noticing system to the Chapter 13 Trustee, Henry E. Hildebrand, III, and all parties registered to received electronic notices in this matter this 16th day of November, 2020.

                                      /s/ Matthew R. Murphy
                                      Matthew R. Murphy