*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 11/19/2020



IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| JAMES WHITFIELD LIVINGSTON ) | CASE NO.: 20-03559 |
| 148 STONE CREST DR. ) | JUDGE: HARRISON |
| PO BOX 323 ) | |
| NASHVILLE, TN 37209 ) | |
| ) | |

Debtor.

### ORDER DETERMINING VALUE OF COLLATERAL

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to Determine Value of Collateral, with notice of proposed action having been given to all necessary parties pursuant to Local Rule No. 9013-1.

Upon the request of the debtor and in the absence of any timely objection, the Court finds that the Motion is GRANTED. It is hereby ORDERD as follows:

1. The value of the security interest held by Deere & Co. (Court Claim #10), for a compact track loader at $5,000.00, which shall be paid with monthly payments of $91.00 and 3.25% interest.

   IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

/s/Steven L. Lefkovitz
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Ste 410
Nashville, TN 37219
615-256-8300
615-255-4516 fax
slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.