United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: rww2574     Page 1 of 2
Date Rcvd: Nov 20, 2020     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JAMES WHITFIELD LIVINGSTON, PO BOX 91047, Nashville, TN 37209-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

**Name**     **Email Address**

HENRY EDWARD HILDEBRAND, III
    hhecf@ch13nsh.com

KEVIN J JONES
    on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com christy.young@kjjlaw.com

LEFKOVITZ AND LEFKOVITZ, PLLC
    on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com
    stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
    on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

PRA Receivables Management, LLC
    claims@recoverycorp.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

WILLIAM ANDREW BOBO
    on behalf of Creditor Farm Credit Mid-America  FLCA abobo@bobohuntandwhite.com

TOTAL: 7

Marian F. Harrison
US Bankruptcy Judge

Dated: 11/19/2020

IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER: 13 |
| JAMES WHITFIELD LIVINGSTON ) | CASE NO.: 20-03559 |
| 148 STONE CREST DR. ) | JUDGE: HARRISON |
| PO BOX 323 ) | |
| NASHVILLE, TN 37209 ) | |
| ) | |
| Debtor. | |

## ORDER DETERMINING VALUE OF COLLATERAL

THIS MATTER IS BEFORE THE COURT upon the Debtor's Motion to Determine Value of Collateral, with notice of proposed action having been given to all necessary parties pursuant to Local Rule No. 9013-1.

Upon the request of the debtor and in the absence of any timely objection, the Court finds that the Motion is GRANTED. It is hereby ORDERD as follows:

1. The value of the security interest held by Deere & Co. (Court Claim #10), for a compact track loader at $5,000.00, which shall be paid with monthly payments of $91.00 and 3.25% interest.

   IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

/s/Steven L. Lefkovitz
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Ste 410
Nashville, TN 37219
615-256-8300
615-255-4516 fax
slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-bk-03559    Doc 50    Filed 11/22/20    Entered 11/22/20 23:51:36    Desc
Imaged Certificate of Notice    Page 3 of 3