Form ncloseff

# IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Case No. **3:20–bk–03559**
**Chapter 13**

In re:

JAMES WHITFIELD LIVINGSTON
PO BOX 91047
Nashville, TN 37209

Social Security No.:
xxx–xx–2895

## BILL OF COSTS
## AND NOTICE OF POTENTIAL CLOSURE OF CASE
## WITHOUT DISCHARGE FOR FAILURE TO PAY FILING FEES

To the Debtor(s):

You are receiving this notice and bill of costs because the filing fees for filing your bankruptcy case have not been paid in full.

---

JAMES WHITFIELD LIVINGSTON

COSTS DUE of $ 310.00.

*8* – Order Granting Application to Pay Filing Fees in Installments. Filing fee requested to pay in installments is $310.00 (RE: Ref Doc #4), BY THE COURT: Judge Marian F. Harrison (ko)

Payments must be made by cashier's check, money order or cash. If making a cash payment, DO NOT MAIL CASH. Cash payments must be made at the Clerk's Office in person. If mailing a cashier's check or money order make payable and mail to:

CLERK, U.S. BANKRUPTCY COURT
701 BROADWAY, ROOM 170
NASHVILLE, TN 37203

---

If the amount referenced above is not paid within 30 days of the date of this notice, your case will be closed without you receiving a discharge. To prevent paying a fee to reopen your case in order for a discharge to be issued, please timely pay the filing fee.

Dated: 12/1/20                                     /s/ TERESA C. AZAN
                                                   Clerk, U.S. Bankruptcy Court