United States Bankruptcy Court
Middle District of Tennessee

In re:                                                                   Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON                              Chapter 13
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0650-3                         User: ko8454                                                Page 1 of 2
Date Rcvd: Dec 01, 2020                 Form ID: ncloseff                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

**Recip ID          Recipient Name and Address**
db                +  JAMES WHITFIELD LIVINGSTON, PO BOX 91047, Nashville, TN 37209-9047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020                               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

**Name                                Email Address**

HENRY EDWARD HILDEBRAND, III
                hhecf@ch13nsh.com

KEVIN J JONES
                on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com christy.young@kjjlaw.com

LEFKOVITZ AND LEFKOVITZ, PLLC
                on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com
                stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
                on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

PRA Receivables Management, LLC
                claims@recoverycorp.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

WILLIAM ANDREW BOBO
    on behalf of Creditor Farm Credit Mid-America FLCA abobo@bobohuntandwhite.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Case No. **3:20−bk−03559**
Chapter 13

In re:

JAMES WHITFIELD LIVINGSTON
PO BOX 91047
Nashville, TN 37209

Social Security No.:
xxx−xx−2895

# BILL OF COSTS
# AND NOTICE OF POTENTIAL CLOSURE OF CASE
# WITHOUT DISCHARGE FOR FAILURE TO PAY FILING FEES

To the Debtor(s):

You are receiving this notice and bill of costs because the filing fees for filing your bankruptcy case have not been paid in full.

---

JAMES WHITFIELD LIVINGSTON

COSTS DUE of $ 310.00.

*8 −* Order Granting Application to Pay Filing Fees in Installments. Filing fee requested to pay in installments is $310.00 (RE: Ref Doc #4), BY THE COURT: Judge Marian F. Harrison (ko)

Payments must be made by cashier's check, money order or cash. If making a cash payment, DO NOT MAIL CASH. Cash payments must be made at the Clerk's Office in person. If mailing a cashier's check or money order make payable and mail to:

CLERK, U.S. BANKRUPTCY COURT
701 BROADWAY, ROOM 170
NASHVILLE, TN 37203

---

If the amount referenced above is not paid within 30 days of the date of this notice, your case will be closed without you receiving a discharge. To prevent paying a fee to reopen your case in order for a discharge to be issued, please timely pay the filing fee.

Dated: 12/1/20                                    /s/ TERESA C. AZAN
                                                                                                     Clerk, U.S. Bankruptcy Court