IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

JAMES WHITFIELD LIVINGSTON

**Debtor(s)**

} Case No. 3:20-bk-03559
}
} Chapter 13
}
}

## NOTICE OF AMENDMENT TO SCHEDULE A/B

**NOW COMES** the Debtor(s), through counsel, and hereby gives notice that Schedule A/B has been amended to change the value of the real property to $104,900, add trees and a trailer and insurance proceeds from loss in accident, add a John Deere Skid Loader, add a potential claim against a third party for loss in an auto accident, notice of retainer paid to Collin Calhoun, and the debtor no longer has a dog.

Respectfully submitted,

**LEFKOVITZ & LEFKOVITZ**

By: */s/ Steven L. Lefkovitz*
Steven L. Lefkovitz, No. 5953
Attorney for the Debtor(s)
618 Church St., #410
Nashville, TN 37219
(615) 256-8300    fax (615) 255-4516
slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

A copy of the foregoing has been sent to the U.S. Trustee, Chapter 13 Trustee and all creditors and parties-in-interest to receive notice electronically via the Court's ECF filing system on December 18, 2020.

**/s/ Steven L. Lefkovitz**
Steven L. Lefkovitz