IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JAMES WHITFIELD LIVINGSTON | } | Case No. 3:20-bk-03559 |
| 148 STONE CREST DRIVE | } | Chapter 13 |
| Nashville, TN 37209 | } | Judge Harrison |
| SSN: xxx-xx-2895 | } | |

Debtor

## DEBTOR'S WITNESS AND EXHIBIT LIST IN CONNECTION WITH THE CONTESTED CHAPTER 13 CONFIRMATION HEARING

Comes the Debtor, through counsel, and respectfully submits unto the Court the following Witness and Exhibit List to be presented at the hearing in the above-referenced matter currently scheduled for March 15, 2021, at 9:00 a.m., via Zoom.

## WITNESS LIST

At the trial, Debtor may call the following individuals as witnesses:

1) James Whitfield Livingston

Any and all witnesses identified by any creditor or party-in-interest;

## EXHIBIT LIST

At the hearing, Debtor may submit the following documents as exhibits:

1) Amended Schedule A & B

2) Truist POC

3) Farm Credit POC

4) John Deere POC

5) LG Schedule A & B

6) Livingscapes Summary of Assets & Liabilities

7) Schedule C

8) Claims Register

9) Schedule I

10) Pay Stub

11) Amended Schedule J

12) Lease

13) Water Bills

14) Electric Bills

15) Gas Bills

16) Food, Personal Care, Auto, Health

17) Child Support Order

18) Amended Form – 122C-1

19) Venmo Statements

20) Chapter 13 Plan

21) Order Valuing Collateral

22) First Heritage Credit Withdrawal

23) Child Support Payment

24) Vehicle Values

25) Isuzu Value

Debtor reserves the right to introduce into evidence any documents designated by any other creditor or party-in-interest as Exhibits.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Involuntary Debtor
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have sent a true and exact copy of the foregoing by electronic mail to the Assistant United States Trustee, Chapter 13 Trustee, Matthew Murphy, Attorney for Cassie Burton, and Milessa Thomas and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 9th day of March, 2021.

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz