,

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES WHITFIELD LIVINGSTON, | ) | Bk. No. **20-03559-MH3-13** |
| | ) | Chapter 13 |
| Debtor(s). | ) | Judge Marian F. Harrison |

ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

This matter came to be heard on March 15, 2021, upon the objections to confirmation raised by Cassie Burton and Milessa Thomas. At the call of the docket, debtor's counsel, the debtor, counsel for the Chapter 13 Trustee, and objecting creditor, Cassie Burton, were present. Following the testimony and arguments of counsel, the Court finds the debtor has not met his burden to demonstrate the plan complies with 11 U.S.C. §1325 and therefore confirmation of the debtor's proposed plan is denied. Based upon the findings of fact and conclusions of law as stated on the record by the Honorable Marian F. Harrison, it is therefore

ORDERED, confirmation of the debtor's proposed Chapter 13 plan is denied.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Tracy L. Schweitzer

_____
Tracy L. Schweitzer
Counsel to Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
pleadings@ch13nsh.com

/s/ Matthew R. Murphy     *(signed by permission)*
_____
Matthew R. Murphy
Smythe Huff & Murphy PC
1222 16th Avenue South, Suite 301
Nashville, TN 37212
615-255-4849; Fax 615-255-4855
mmurphy@smythehuff.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 19th day of March, 2021, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***

U. S. Trustee
Lefkovitz & Lefkovitz, Counsel for Debtor
Matthew R. Murphy, Counsel for Cassie Burton and Milessa Thomas

***By U. S. Postal Service, postage prepaid to:***

James W. Livingston, P. O. Box 91047, Nashville, TN 37209

/s/ Tracy L. Schweitzer
_____
Tracy L. Schweitzer
Counsel to Chapter 13 Trustee