IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
JAMES WHITFIELD LIVINGSTON, ) Bk. No. **20-03559-MH3-13**
) Chapter 13
Debtor(s). ) Judge Marian F. Harrison

ORDER CONVERTING CASE TO CHAPTER 7

This matter came to be heard on March 15, 2021, upon the Trustee's Motion to Dismiss or Convert to Chapter 7, in the event the debtor was unable to confirm a Chapter 13 plan. At the call of the docket, debtor's counsel, the debtor, counsel for the Chapter 13 Trustee, and objecting creditor, Cassie Burton, were present. The debtor failed to confirm a Chapter 13 Plan. Based upon the findings of fact and conclusions of law as stated by the Honorable Marian F. Harrison on the record, the Court finds it is in the best interests of creditors and the bankruptcy estate to convert the case to Chapter 7 and, it is therefore

ORDERED, the above-styled case is converted to Chapter 7; it is further

ORDERED, the Trustee is authorized to disburse from any funds on hand any unpaid filing fee, or unpaid Trustee commission, if any, prior to returning any funds to the debtor.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Tracy L. Schweitzer

_____
Tracy L. Schweitzer
Counsel to Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
pleadings@ch13nsh.com

/s/ Matthew R. Murphy    *(signed by permission)*
_____
Matthew R. Murphy
Smythe Huff & Murphy PC
1222 16th Avenue South, Suite 301
Nashville, TN 37212
615-255-4849; Fax 615-255-4855
mmurphy@smythehuff.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on or before the 19th day of March, 2021, a true and correct copy of the foregoing has been served in the following manner:

***Email by Electronic Case Noticing to:***

U. S. Trustee
Lefkovitz & Lefkovitz, Counsel for Debtor
Matthew R. Murphy, Counsel for Cassie Burton and Milessa Thomas

***By U. S. Postal Service, postage prepaid to:***

James W. Livingston, P. O. Box 91047, Nashville, TN 37209

/s/ Tracy L. Schweitzer
_____
Tracy L. Schweitzer
Counsel to Chapter 13 Trustee