# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

Exhibit/Witness List

James Whitfield Livingston      CASE NO: 3:20-bk-03559

vs.    Movant

Milessa Thomas, Cassie Burton      ADV NO:

    Respondent

| Presiding Judge | Plaintiff's/Movant's Attorney | Defendant's/Respondent's Attorney |
|---|---|---|
| Marian F Harrison | Jay Lefkovitz | Matthew Murphy |
| **Trial/Hearing Date(s)** | **Court Reporter** | **Courtroom Deputy** |
| 3/15/2021 - 3/15/2021 | Tanja Brewer | Carol Merritt |

| Pltf./Mov. | Def./Resp. | Date Offered | Marked | Stipulated | Admitted | DESCRIPTION OF EXHIBITS * and WITNESSES |
|---|---|---|---|---|---|---|
| x | | 3/15/2021 | 1001 | | x | Exhibit1AmendedScheduleAB |
| x | | 3/15/2021 | | | | James W. Livingston owner of Livingscapes, LLC & LG Ornamentals- Witness |
| x | | 3/15/2021 | 1002 | | x | Exhibit2TruistPOC |
| x | | 3/15/2021 | 1003 | | x | Exhibit3FarmCreditPOC |
| x | | 3/15/2021 | 1004 | | x | Exhibit4JohnDeerePOC |
| x | | 3/15/2021 | 1005 | | x | Exhibit5LGScheduleAB |
| x | | 3/15/2021 | 1006 | | x | Exhibit6LivingscapesSummaryofAssets |
| x | | 3/15/2021 | 1007 | | x | Exhibit7ScheduleC |
| x | | 3/15/2021 | 1008 | | x | Exhibit8ClaimsRegister |
| x | | 3/15/2021 | 1009 | | x | Exhibit9ScheduleI |
| x | | 3/15/2021 | 1010 | | x | Exhibit10PayStub |
| x | | 3/15/2021 | 1011 | | x | Exhibit11AmendedScheduleJ |
| x | | 3/15/2021 | 1012 | | x | Exhibit12Lease |
| x | | 3/15/2021 | 1013 | | x | Exhibit13WaterBills |
| x | | 3/15/2021 | 1014 | | x | Exhibit14ElectricBills |
| x | | 3/15/2021 | 1015 | | x | Exhibit15GasBills |
| x | | 3/15/2021 | 1016 | | x | Exhibit16PersonalExpense |
| x | | 3/15/2021 | 1017 | | x | Exhibit17ChildSupportOrder |
| x | | 3/15/2021 | 1018 | | x | Exhibit18AmendedForm122C1 |
| x | | 3/15/2021 | 1019 | | x | Exhibit19VenmoStatements |
| x | | 3/15/2021 | 1020 | | x | Exhibit20Chapter13Plan |
| x | | 3/15/2021 | 1021 | | x | Exhibit21OrderValuingCollateral |
| x | | 3/15/2021 | 1022 | | x | Exhibit22FirstHeritageCreditWithdrawal |
| x | | 3/15/2021 | 1024 | | x | Exhibit24VehicleValues |
| x | | 3/15/2021 | 1025 | | x | Exhibit25IsuzuValue |
| x | | 3/15/2021 | 1026 | | x | Exhibit26AmendedPayStubs |
| x | | 3/15/2021 | 1027 | | x | Exhibit27TaxReturnfor2019 |
| | x | 3/15/2021 | 2001 | | x | Chapter13Petition |
| | x | 3/15/2021 | | | | Lauren Logue- Witness |
| | x | 3/15/2021 | 2002 | | x | LivingscapesLLCPetition |
| | x | 3/15/2021 | 2003 | | x | Chapter11LivingscapesPetition |
| | x | 3/15/2021 | 2004 | | x | Chapter13DisposableIncome |
| | x | 3/15/2021 | 2005 | | x | Chapter13AmendedScheduleJ |
| | x | 3/15/2021 | 2006 | | x | Chapter13AmendedABProperty |

| | x | 3/15/2021 | 2007 | | x | AmendedStatementofCurrentMonthlyIncome |
|---|---|---|---|---|---|---|
| | x | 3/15/2021 | 2008 | | x | MOCTranscript |
| | x | 3/15/2021 | 2009 | | x | Chapter13MOCQuestionnaire |
| | x | 3/15/2021 | 2010 | | x | Chapter7DocketReport |
| | x | 3/15/2021 | 2011 | | x | JamesLivingstonBankStatments |
| | x | 3/15/2021 | 2012 | | x | LGOrnamentalsBankStatements |
| | x | 3/15/2021 | 2013 | | x | LivinscapesOperationalStatements |
| | x | 3/15/2021 | 2014 | | x | LivinscapesPayrollAccount |
| | x | 3/15/2021 | 2015 | | x | LivingscapesLLCTransactionList |
| | x | 3/15/2021 | 2016 | | x | AmericanExpressPayments2020 |
| | x | 3/15/2021 | 2017 | | x | PicturesofInventory |
| | x | 3/15/2021 | 2018 | | x | JamesLivingstonResponsestoInterrogatories |
| | x | 3/15/2021 | 2019 | | x | LivingscapesLLCAugustMOR |
| | x | 3/15/2021 | 2020 | | x | LivingscapesLLCSeptemberMOR |
| | x | 3/15/2021 | 2021 | | x | LivingscapesLLCOctoberMOR |
| | x | 3/15/2021 | 2022 | | x | LivingscapesLLCNovemberMOR |
| | x | 3/15/2021 | 2023 | | x | LivinscapesLLCDecemberMOR |
| | x | 3/15/2021 | 2024 | | x | LivingscapesLLCJanuary2021MOR |
| | x | 3/15/2021 | 2025 | | x | LGOrnamentalsLLCAugustMOR |
| | x | 3/15/2021 | 2026 | | x | LGOrnamentalsLLCSeptemberMOR |
| | x | 3/15/2021 | 2027 | | x | LGOrnamentalsLLCOctoberMOR |
| | x | 3/15/2021 | 2028 | | x | LGOrnamentalsLLCNovemberMOR |
| | x | 3/15/2021 | 2029 | | x | LGOrnamentalsLLCDecemberMOR |
| | x | 3/15/2021 | 2030 | | x | LGOrnamentalsLLCJanuaryMOR |
| | x | 3/15/2021 | 2031 | | x | WatertownNursery |
| | x | 3/15/2021 | 2032 | | x | 2004Transcript |
| | x | 3/15/2021 | 2033 | | x | PrePetitionPersonalExpenses |
| | x | 3/15/2021 | 2034 | | x | PostPetitionStockPurchases |
| | x | 3/15/2021 | | | | Cassie Burton- Witness |
| | x | 3/15/2021 | 2035 | | x | RedactedPicture |
| | x | 3/15/2021 | 2036 | | x | ArticleaboutDebtorsVehicle |
| | x | 3/15/2021 | 2037 | | x | CassieBurtonProofOfClaim |
| | x | 3/15/2021 | 2038 | | x | MilessaThomasProofOfClaim |
| x | | 3/15/2021 | 1023 | | x | Exhibit23ChildSupportPayment |