United States Bankruptcy Court
Middle District of Tennessee

In re:   Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3    User: ko8454    Page 1 of 2
Date Rcvd: Mar 23, 2021    Form ID: pdf001    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JAMES WHITFIELD LIVINGSTON, PO BOX 91047, Nashville, TN 37209-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

**Name**      **Email Address**

HENRY EDWARD HILDEBRAND, III
     hhecf@ch13nsh.com

KEVIN J JONES
     on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com katie@kjjlaw.com

LEFKOVITZ AND LEFKOVITZ, PLLC
     on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com
     sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
     on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

PRA Receivables Management, LLC
     claims@recoverycorp.com

| | |
|---|---|
| ROBERT H. WALDSCHMIDT | trustee@rhwlawoffice.com  rhw@trustesolutions.com;rhw@trustesolutions.net |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |
| WILLIAM ANDREW BOBO | on behalf of Creditor Farm Credit Mid-America  FLCA abobo@bobohuntandwhite.com |

TOTAL: 8

Dated: 3/23/2021

*Marian F. Harrison*
US Bankruptcy Judge

KM

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>JAMES WHITFIELD LIVINGSTON<br>P O BOX 91047<br>NASHVILLE, TN  37209 | CHAPTER 13<br>CASE NO. 20-03559-MH3-13<br>MARIAN F HARRISON |
| SSN XXX-XX-2895 | 03/23/2021 |

## ORDER STOPPING
## PAYROLL DEDUCTION OR DIRECT PAY ORDER

    An order to pay trustee was previously issued in the above referenced case to the entity from whom the debtor receives income. The Chapter 13 case for the above named debtor has been dismissed or converted by this Court, therefore,

    IT IS ORDERED that no direct payments or deductions be made from payments due to the debtor, **JAMES WHITFIELD LIVINGSTON,** by the entity from whom the debtor receives income except upon further order of this court.

xc:

**JAMES WHITFIELD LIVINGSTON**

LEFKOVITZ AND LEFKOVITZ PLLC
Henry E. Hildebrand
JAMES WHITFIELD LIVINGSTON
P O BOX 91047
NASHVILLE, TN  37209

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.