**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| JAMES WHITFIELD LIVINGSTON } | Case No. 3:20-bk-03559 |
| 148 STONE CREST DRIVE } | Chapter 7 |
| Nashville, TN 37209 } | Judge Harrison |
| SSN: xxx-xx-2895 } | |

Debtor(s).

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: May 14, 2021**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: June 15, 2021, 9:00 a.m., by AT&T conference line number 1-888-363-4749; Access Code is 4511038#**

**RESPONSE OF THE DEBTOR(S) TO THE**
**CHAPTER 7 TRUSTEE'S MOTION TO COMPEL TURNOVER OF REAL PROPERTY**

Comes now the Debtor(s), by and through counsel, and in response to the Motion to Compel Turnover of Real Property of the Debtor(s) by the Chapter 7 Trustee, Robert Waldschmidt, and would object to said motion. In support thereof, the Debtor(s) has been and will continue to cooperate with the Chapter 7 Trustee. To demonstrate such cooperation, the Debtor has already turned over funds from his brokerage account that he hopes will be sufficient to pay all unsecured claims in full absent the claims of Milessa Thomas and Cassie Burton, which are contingent, unliquidated and disputed. Further, it is unclear whether the liquidation of the above-referenced real property will be necessary because the claims of Milessa Thomas and Cassie Burton are contingent, unliquidated, and disputed. If there is any depreciation in said real property pending the resolution of the claims of Milessa Thomas and Cassie Burton, the Debtor is willing to cooperate with the Chapter 7 Trustee so that it does not adversely impact the estate. Therefore, the Debtor(s) requests a hearing thereon.

Wherefore, the Debtor(s), JAMES WHITFIELD LIVINGSTON, prays that the Motion be denied.

Respectfully submitted,

/s/Steven L. Lefkovitz
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Ste 410
Nashville, TN 37219
615-256-8300
615-255-4516 fax
slefkovitz@lefkovitz.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was sent to the Office of the U.S. Trustee, Robert Waldschmidt, Chapter 7 Trustee and all other parties of interest to receive notice electronically via CM/ECF on May 13, 2021.

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz