IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 3:20-bk-03559 |
| JAMES LIVINGSTON, ) | CHAPTER 7 |
| ) | |
| ) | |
| Debtor(s). ) | |

## MOTION FOR ENTRY OF ORDER DIRECTING 2004(a) EXAMINATION

Comes FIRST HERITAGE CREDIT OF TENNESSEE (hereinafter "Movant"), by and through counsel, and respectively moves the Court for the entry of an Order directing examination of JAMES LIVINGSTON pursuant to Bankruptcy Rule 2004(a). The undersigned requests an Order directing the debtors to appear at The Law Offices of Kevin Jones, 1801 8th Avenue South, Suite 100, Nashville, TN 37203 on Friday, June 4, 2021 commencing at 12:00 noon.

**WHEREFORE,** the undersigned prays that an Order directing JAMES LIVINGSTON to appear as set forth herein be issued.

Respectfully submitted,

/s/ Kevin J. Jones
KEVIN J. JONES, REG. NO. 9058
1801 8th Avenue South, Suite 100
Nashville, Tennessee 37203
(615) 383-9999, Fax (615) 383-6006
Kevin@kjjlaw.com
***Attorney for Creditor***

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the following on this the 14th day of May 2021.

**VIA ECF**
Chapter 7 Trustee

**VIA ECF**
Debtor(s) Counsel

**VIA U.S. MAIL**
Debtor(s)

/s/ Kevin J. Jones
Kevin J. Jones