## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:20-bk-03559 |
| JAMES WHITFIELD LIVINGSTON, ) | Chapter 7 |
| ) | Judge Marion F. Harrison |
| Debtor. ) | |

### AGREED ORDER TO EXTEND DEADLINE FOR COMPLAINTS

Pending before the Court is the Motion of Milessa Thomas ("Ms. Thomas") and Cassie Burton ("Ms. Burton") to extend the deadline for complaints. The Motion is timely filed. Upon consideration of the pleadings, agreement of the parties, and other good cause, the Court finds and orders that the motion is granted, and the deadline for Ms. Thomas and Ms. Burton to file a complaint objecting to dischargeability under 11 U.S.C. §727 and/or 11 U.S.C. § 523 is extended up to and including September 1, 2021.

IT IS SO ORDERED.

---

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

By: /s/ Matthew R. Murphy
Matthew R. Murphy (#24627)
Smythe Huff & Murphy PC
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
Phone: (615) 255-4849
Fax: (615) 255-4855
mmurphy@smythehuff.com
*Attorney for Cassie Burton and Milessa Thomas*


By: /s/ Steven L. Lefkovitz (by permission)
Steven L. Lefkovitz
Lefkovitz & Lefkovitz
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
slefkovitz@lefkovitz.com
*Attorney for James Whitfield Livingston*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

2

Case 3:20-bk-03559    Doc 142    Filed 05/18/21    Entered 05/18/21 07:14:58    Desc Main Document    Page 2 of 2