IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **JAMES WHITFIELD LIVINGSTON** ) | **CASE NO. 20-03559-MH3-7** |
| ) | |
| Debtor ) | |

## MOTION FOR ENTRY OF AGREED ORDER
## SUBORDINATING CLAIMS #7 & 8

Comes now the Trustee and moves for the entry of the attached Agreed Order, which subordinates two claims in the case.

The Trustee is already holding over $77,000 in the estate account, which might be sufficient to pay all other claims in the case.

For various reasons, the two claimants who are subordinating their claims (which are currently unliquidated and contingent) would prefer to have the Trustee defer the administration of certain assets relating to the Debtor's business activities, and this subordination is necessary to avoid any prejudice to the other creditors by any deferral.

Since this does not prejudice any of the other creditors, the Trustee asserts that this order can be addressed without notice to other creditors.

                                      TRESPECTFULLY SUBMITTED,

                                      */s/Robert H Waldschmidt*
                                      **ROBERT H. WALDSCHMIDT** (#4657)
                                          Attorney for Trustee
                                      P.O. Box 2828
                                      Brentwood, TN 37024-2828
                                      (615) 468-1020; (615) 259-2179  (fax)
                                      rhw@rhwlawoffice.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **JAMES WHITFIELD LIVINGSTON** | ) | **CASE NO. 20-03559-MH3-7** |
| | ) | |
| Debtors | ) | |

**AGREED ORDER SUBORDINATING CLAIMS #7 & 8**

Upon the agreement of Robert H. Waldschmidt, Trustee ("Trustee"), and Cassie Burton and Milessa Thomas (jointly "Burton and Thomas"), and further that the effect of this order does not prejudice any other creditor (it actually enhances the positions of other creditors) and hence does not require any notice, and for other cause to the Court shown;

IT IS HEREBY ORDERED that both the claim Milessa Thomas (Claim # 7) and the claim of Cassie Burton (Claim # 8) be, and are hereby SUBORDINATED to all other creditors in this case, and Claims 7 & 8 will not receive any distribution from the bankruptcy estate until and unless all other claims are paid in full.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/Robert H Waldschmidt*
**ROBERT H. WALDSCHMIDT** (#4657)
   Attorney for Trustee
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179  (fax)
rhw@rhwlawoffice.com

*/s/ Matthew R. Murphy*
**MATTHEW R. MURPHY**  (#24627)
    Attorney for Cassie Burton and Milessa Thomas
Smythe Huff & Murphy PC
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
(615) 255-4849;  (615) 255-4855 (fax)
mmurphy@smythehuff.com