Marian F. Harrison
US Bankruptcy Judge

Dated: 6/29/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **JAMES WHITFIELD LIVINGSTON** | ) | CASE NO. 20-03559-MH3-7 |
| | ) | |
| Debtor | ) | |

### AGREED ORDER CLARIFYING CLAIM # 16

This matter is before the Court upon the Motion of the Chapter 7 Trustee to approve an Agreed Order clarifying the claim of Lauren Logue (Claim #16) in the amount of $45,000. The claim is for child support owed by the Debtor to the Claimant, but at the time of the filing of the petition, the Debtor was current on all payments, and hence the bankruptcy estate is not responsible for the payments of all support payments becoming due after the filing of the petition. It appearing that the parties agree to the provisions of this order, as evidenced by the signatures below, and for other cause to the Court shown;

IT IS HEREBY ORDERED that Claim #16 filed by Lauren Logue is a valid claim against the **Debtor** for domestic support, as set forth in the Interim Agreed Order entered in the Juvenile Court for Davidson County, Tennessee in Petition No. PT256270 on June 19, 2020

IT IS FURTHER ORDERED that Claim #16 filed by Lauren Logue is not a claim against the **Bankruptcy Estate**, and is therefore DISALLOWED as a claim against the bankruptcy estate.

IT IS FURTHER ORDERED that this order does not alter the rights of the claimant under state law, and does not alter any obligation that the debtor may have to continue making payments.

IT IS FURTHER ORDERED that the agreement set forth herein shall have no binding effect or prejudice on future domestic support orders, modification, calculations, and or judgments for past obligations not yet determined by the domestic Court which has jurisdiction over these parties and their minor child.

*This order was signed and entered electronically as indicated at the top of the first page.*


APPROVED FOR ENTRY:

*/s/Robert H Waldschmidt*
**ROBERT H. WALDSCHMIDT** (#4657)
   Attorney for Trustee for James Livingston
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 (fax)
rhw@rhwlawoffice.com

*/s/Lauren Elizabeth Logue, by permission*
**LAUREN ELIZABETH LOGUE**
3811 Woodmont Lane
Nashville, TN 37215

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-bk-03559    Doc 164    Filed 06/29/21    Entered 06/29/21 12:18:27    Desc Main
Document    Page 2 of 2