# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES WHITFIELD LIVINGSTON } | Case No. 3:20-bk-03559 |
| 148 STONE CREST DRIVE } | Chapter 7 |
| Nashville, TN 37209 } | Judge Harrison |
| SSN: xxx-xx-2895 } | |

Debtor(s).

## RESPONSE OF THE DEBTOR(S) TO THE MOTION FOR RELIEF FROM STAY FROM BRANCH BANKING & TRUST

Comes the Debtor(s), through counsel, and for response to the motion of Branch Banking & Trust for relief from the automatic stay and would object to said motion and request a hearing thereon. In support thereof, the following would be shown unto the Court: the Debtor denies the allegations herein.

Wherefore, the Debtor(s), JAMES WHITFIELD LIVINGSTON, prays that the Motion filed herein be dismissed with costs, if any, taxed to the Movant.
.

        Respectfully submitted,

        /s/Steven L. Lefkovitz
        Steven L. Lefkovitz, No. 5953
        Attorney for Debtor
        618 Church Street, Ste 410
        Nashville, TN 37219
        615-256-8300
        615-255-4516 fax
        slefkovitz@lefkovitz.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was sent to the Office of the U.S. Trustee, Robert Waldschmidt, Chapter 7 Trustee and all other parties of interest to receive notice electronically via CM/ECF on July 20, 2021.

        /s/ Steven L. Lefkovitz
        Steven L. Lefkovitz