IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES WHITFIELD LIVINGSTON, | ) | **CASE NO. 3:20-BK-03559** |
| | ) | **JUDGE HARRISON** |
| Debtor(s) | ) | Relief from stay to enforce lien |
| | ) | |
| BRANCH BANKING & TRUST COMPANY NOW TRUIST BANK, | ) | Date of Scheduled Hearing: |
| Secured Claimant | ) | TUESDAY, JULY 27, 2021 |

Affected Collateral: 2016 Toyota Tundra, VIN: 5TFUW5F18GX494686

---

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

      The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

      IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

      IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

APPROVED FOR ENTRY:

/s/ Holly N. Knight
Holly N. Knight (017940)
8161 Hwy 100 PMB 286
Nashville, TN 37221
(615) 345-0328
hknight@knightlawpllc.com
Attorney for Secured Claimant