IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES WHITFIELD LIVINGSTON, | ) | **CASE NO. 3:20-BK-03559** |
| | ) | **JUDGE HARRISON** |
| Debtor(s) | ) | Relief from stay to enforce lien |
| | ) | |
| BRANCH BANKING & TRUST COMPANY NOW TRUIST BANK, | ) | Date of Scheduled Hearing: |
| Secured Claimant | ) | TUESDAY, JULY 27, 2021 |

Affected Collateral: 2016 Toyota Tundra, VIN: 5TFUW5F18GX494686

---

**WITHDRAWAL OF ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Comes now Branch Banking & Trust Company now Truist Bank and withdraws the Order Granting Relief from Automatic Stay filed on Wednesday, July 21, 2021.

Respectfully submitted,

/s/ Holly N. Knight
Holly N. Knight (017940)
Attorney for Branch Banking & Trust
now Truist Bank
8161 Hwy 100 PMB 286
Nashville, TN 37221
(615) 345-0328
hknight@knightlawpllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served electronically upon:

Lefkovitz and Lefkovitz, PLLC
618 Church Street, Suite 410
Nashville, TN 37219
Debtor's Attorney

Case 3:20-bk-03559   Doc 176   Filed 07/23/21   Entered 07/23/21 13:38:17   Desc Main
Document      Page 1 of 2

Robert H. Waldschmidt
5115 Maryland Way, Suite 213
P.O. Box 2828
Brentwood, TN 37024
Chapter 7 Trustee

US Trustee
701 Broadway, Suite 318
Nashville, TN 37203-3966
U.S. Trustee

and by U.S. Mail, postage prepaid upon:

James Whitfield Livingston
PO Box 91047
Nashville, TN 37209

this the 23rd day of July, 2021.

    /s/ Holly N. Knight_____
    Holly N. Knight