## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

JAMES LIVINGSTON,

                   Debtor(s).

CASE NO.    20-bk-03559

CHAPTER 7

JUDGE HARRISON

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 08/27/2021**

**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE HELD ON 09/28/2021 at 9:00 A.M., 701 Broadway, Courtroom 3, 2nd Floor Customs House, Nashville, TN 37203**

---

### NOTICE OF MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE OR DISCHARGEABILITY OF DEBTS

First Heritage Credit has asked the court for the following relief: Motion to Extend Deadline to Object to Discharge or Dischargeability of Debts

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.     File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Clerk's Intake Department at (615)736-5584.

2.     Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date:   08/06/2021

Signature: /s/ Kevin J. Jones

Name:    **KEVIN J. JONES, Reg. No. 9058**

Address:  1801 8th Avenue South, Suite100
             Nashville, TN 37203
             (615) 383-9999
             kevin@kjjlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)       **CASE NO. 20-03559**
JAMES LIVINGSTON, )       **CHAPTER 7**
)       **JUDGE HARRISON**
Debtor(s). )

## MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE OR DISCHARGEABILITY OF DEBTS

FIRST HERITAGE CREDIT OF TENNESSEE, a creditor in this bankruptcy case, by and through its attorney, pursuant to Bankruptcy Rule 4004(b), respectfully moves the Court for an Order extending the deadline to object to the debtor's discharge and/or the dischargeability of debts pursuant to 11 U.S.C. § 523 and/or § 727 for an additional sixty (60) days from August 17, 2021 through October 17, 2021. In support of this motion, First Heritage Credit of Tennessee would show the Court that it needs additional time to conduct further investigation and evaluate its potential objections to the Debtor's discharge and/or the dischargeability of debts.

**WHEREFORE**, First Heritage Credit of Tennessee respectfully requests that the Court extend the deadline to object to the debtor's discharge and/or the dischargeability of debts for an additional sixty (60) days from August 17, 2021 through October 17, 2021.

Respectfully submitted,

/s/Kevin J. Jones
KEVIN J. JONES, REG. NO: 9058
1801 8th Avenue South, Suite 100
Nashville, Tennessee 37203
(615) 383-9999
Fax 615-383-6006
kevin@kjjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Extend Deadline to Object to Discharge or Dischargeability of Debts has been mailed to the following, on this the 6th day of August 2021.

**VIA ECF**
Debtor(s) Counsel

**VIA ECF**
Chapter 13 Trustee

**VIA U.S. MAIL**
Debtor(s)

/S/ Kevin J. Jones
Kevin J. Jones

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                    )

                        )     **CASE NO. 20-bk-03559**

**JAMES LIVINGSTON,**       )     **CHAPTER 7**

                        )     **JUDGE HARRISON**

    **Debtor(s).**            )

## PROPOSED ORDER GRANTING MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE OR DISCHARGEABILITY OF DEBTS

This matter is before the court upon the motion of FIRST HERITAGE CREDIT OF TENNEESSEE, a creditor in this bankruptcy case, by and through its attorney, pursuant Bankruptcy Rule 4004(b) and Local Rule 9013, for this court to enter an order extending the deadline to object to the debtors' discharge and/or the dischargeability of debts pursuant to 11 U.S.C. § 523 and/or 727 for an additional sixty (60) days from August 17, 2021 through October 17, 2021.

It appearing to the court from the record in this case that there is no opposition thereto or any objection raised was withdrawn or overruled by the Court at the scheduled hearing and accordingly ORDERS that the deadline for First Heritage Credit of Tennessee to object to the debtors' discharge and/or the dischargeability of debts

pursuant to 11 U.S.C. § 523 and/or § 727 is hereby extended from August 17, 2021

through October 17, 2021.

**IT IS SO ORDERED.**


**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

/s/Kevin J. Jones
KEVIN J. JONES, REG. NO: 9058
1801 8th Avenue South, Suite 100
Nashville, Tennessee 37203
(615) 383-9999
Fax 615-383-6006
kevin@kjjlaw.com