United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 20-03559-MFH

JAMES WHITFIELD LIVINGSTON  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0650-3 | User: jjk0404 | Page 1 of 2 |
| Date Rcvd: Aug 10, 2021 | Form ID: hrgnot2 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + MATTHEW R MURPHY, SMYTHE HUFF & HAYDEN PC, 1222 16TH AVE S STE 301, NASHVILLE, TN 37212-2920 |
| 7182254 |   Cassie Burton, c/o Sherwood Litigation, 201 4th Ave N S 1130, Nashville TN 37219 |
| 7182258 | + Milessa Thomas, c/o Christopher Boiano Esq., 115 Shivel Dr., Hendersonville TN 37075-3536 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HOLLY N KNIGHT | on behalf of Creditor Branch Banking & Trust now Truist Bank hknight@knightlawpllc.com |
| KEVIN J JONES | on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com |
| LEFKOVITZ AND LEFKOVITZ, PLLC | on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com |
| MATTHEW R MURPHY | on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com |
| PRA Receivables Management, LLC | |

| | |
|---|---|
| | claims@recoverycorp.com |
| ROBERT H WALDSCHMIDT | on behalf of Trustee ROBERT H. WALDSCHMIDT rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net |
| ROBERT H. WALDSCHMIDT | trustee@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |
| WILLIAM ANDREW BOBO | on behalf of Creditor Farm Credit Mid-America FLCA abobo@bobohuntandwhite.com |

TOTAL: 9

Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

---

Bankruptcy Proceeding No. 3:20−bk−03559
Chapter 7
Judge Marian F Harrison

In Re:
   JAMES WHITFIELD LIVINGSTON
   PO BOX 91047
   Nashville, TN 37209

Social Security No.
   xxx−xx−2895

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

The call−in number is 1−888−363−4749, Access Code 4511038# on 8/31/21 at 09:00 AM

to consider and act upon the following:

Docket Entry No. 185 − Motion to Withdraw as Attorney.


Dated: 8/10/21                                                                      /s/ TERESA C. AZAN
                                                                                                 Clerk, U.S. Bankruptcy Court