United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: kmw2408     Page 1 of 2
Date Rcvd: Aug 10, 2021     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JAMES WHITFIELD LIVINGSTON, PO BOX 91047, Nashville, TN 37209-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

**Name**     **Email Address**

HOLLY N KNIGHT
   on behalf of Creditor Branch Banking & Trust now Truist Bank hknight@knightlawpllc.com

KEVIN J JONES
   on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com

LEFKOVITZ AND LEFKOVITZ, PLLC
   on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com
   sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
   on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

PRA Receivables Management, LLC
   claims@recoverycorp.com

| | |
|---|---|
| ROBERT H WALDSCHMIDT | on behalf of Trustee ROBERT H. WALDSCHMIDT rhw@rhwlawoffice.com  rhw@trustesolutions.com;rhw@trustesolutions.net |
| ROBERT H. WALDSCHMIDT | trustee@rhwlawoffice.com  rhw@trustesolutions.com;rhw@trustesolutions.net |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |
| WILLIAM ANDREW BOBO | on behalf of Creditor Farm Credit Mid-America  FLCA abobo@bobohuntandwhite.com |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:20-bk-03559 |
| JAMES WHITFIELD LIVINGSTON, | ) | Chapter 7 |
| | ) | Judge Marion F. Harrison |
| Debtor. | ) | |

**AGREED ORDER TO EXTEND DEADLINE FOR
RESPONSE TO OBJECTIONS TO CLAIMS**

Pending before the Court is the Motion of Milessa Thomas ("Ms. Thomas") and Cassie Burton ("Ms. Burton") to extend the deadline to respond to the Objections of Claims [Docs. 128 & 129] filed by the Debtor. The Motion is timely filed. Upon consideration of the pleadings, agreement of the parties, and other good cause, the Court finds and orders that the motion is granted, and the deadline for Ms. Thomas and Ms. Burton to respond to the Objections to Claims is extended up to and including December 1, 2021.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

1

APPROVED FOR ENTRY:

By: /s/ Matthew R. Murphy
 Matthew R. Murphy (#24627)
 Smythe Huff & Murphy PC
 1222 16th Avenue South, Suite 301
 Nashville, Tennessee 37212
 Phone: (615) 255-4849
 Fax: (615) 255-4855
 mmurphy@smythehuff.com
 *Attorney for Cassie Burton and Milessa Thomas*


By: /s/ Steven L. Lefkovitz (by permission)
 Steven L. Lefkovitz
 Lefkovitz & Lefkovitz
 618 Church Street, Suite 410
 Nashville, Tennessee 37219
 Phone: (615) 256-8300
 Fax: (615) 255-4516
 slefkovitz@lefkovitz.com
 *Attorney for James Whitfield Livingston*

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:20-bk-03559    Doc 188    Filed 08/12/21    Entered 08/12/21 23:44:55    Desc
Imaged Certificate of Notice    Page 4 of 4