IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
) CASE NO. 20-bk-03559
JAMES LIVINGSTON, ) CHAPTER 7
) JUDGE HARRISON
Debtor(s). )

## ORDER GRANTING MOTION TO EXTEND DEADLINE TO OBJECT TO DISCHARGE OR DISCHARGEABILITY OF DEBTS

This matter is before the court upon the motion of FIRST HERITAGE CREDIT OF TENNEESSEE, a creditor in this bankruptcy case, by and through its attorney, pursuant Bankruptcy Rule 4004(b) and Local Rule 9013, for this court to enter an order extending the deadline to object to the debtors' discharge and/or the dischargeability of debts pursuant to 11 U.S.C. § 523 and/or 727 for an additional sixty (60) days from August 17, 2021 through October 17, 2021.

It appearing to the court from the record in this case that there is no opposition thereto or any objection raised was withdrawn or overruled by the Court at the scheduled hearing and accordingly ORDERS that the deadline for First Heritage Credit of Tennessee to object to the debtors' discharge and/or the dischargeability of debts

pursuant to 11 U.S.C. § 523 and/or § 727 is hereby extended from August 17, 2021 through October 17, 2021.

**IT IS SO ORDERED.**

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

/s/Kevin J. Jones
KEVIN J. JONES, REG. NO: 9058
1801 8th Avenue South, Suite 100
Nashville, Tennessee 37203
(615) 383-9999
Fax 615-383-6006
kevin@kjjlaw.com