*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 8/27/2021



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: | ) | |
| --- | --- | --- |
| | ) | |
| JAMES WHITFIELD LIVINGSTON, | ) | CASE NO. 20-03559-MH3-7 |
| | ) | |
| Debtor | ) | |

### ORDER APPROVING OBJECTION THE DISTRIBUTION OF ESTATE FUNDS TO CERTAIN CLAIM(S)

This matter is before the court upon the trustee's objection to the payment of estate funds to certain creditors. It appearing to the court that the trustee has provided notice of his objection pursuant to LR 3007-1, and no responses have been filed to the trustee's objection, and for other cause to the court shown;

IT IS HEREBY ORDERED that the claims listed below are hereby either REDUCED, DISALLOWED, or otherwise determined NOT to be entitled to any distribution from the bankruptcy estate funds:

| Claim No. | Claimant Name | Amount of Claim | Basis for Objection and/or Recommended Disposition |
| --- | --- | --- | --- |
| 2 | BB&T NOW TRUST<br>PO Box 1847<br>Wilson NC 27894 | $19,566.67 | Secured Claim; Allowed as Secured, but the Collateral was not administered by the trustee. The claimant shall not receive any distribution from the bankruptcy estate. |
| 5 | FARM CREDIT MID-AMERICA, FLCA<br>100 Nevada Avenue<br>Greeneville TN 37745 | $63,554.74 | |
| 15 | PNC EQUIPMENT FINANCE LLC<br>655 Business Center<br>Horsham PA 19044 | $34,165.05 | |

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:
/s/ Robert H. Waldschmidt
ROBERT H. WALDSCHMIDT, Trustee
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 fax
rhw@rhwlawoffice.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.