United States Bankruptcy Court
Middle District of Tennessee

In re:                                                       Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3                              User: jtd0107                                            Page 1 of 2
Date Rcvd: Aug 25, 2021                      Form ID: pdf001                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JAMES WHITFIELD LIVINGSTON, PO BOX 91047, Nashville, TN 37209-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021                          Signature:                 /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HOLLY N KNIGHT | on behalf of Creditor Branch Banking & Trust now Truist Bank hknight@knightlawpllc.com |
| KEVIN J JONES | on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com |
| LEFKOVITZ AND LEFKOVITZ, PLLC | on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com |
| MATTHEW R MURPHY | on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com |
| PRA Receivables Management, LLC | claims@recoverycorp.com |

| | |
|---|---|
| ROBERT H WALDSCHMIDT | on behalf of Trustee ROBERT H. WALDSCHMIDT rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net |
| ROBERT H. WALDSCHMIDT | trustee@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |
| WILLIAM ANDREW BOBO | on behalf of Creditor Farm Credit Mid-America FLCA abobo@bobohuntandwhite.com |

TOTAL: 9


Marian F. Harrison
US Bankruptcy Judge



Dated: 8/25/2021

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES WHITFIELD LIVINGSTON, | ) | **CASE NO. 3:20-BK-03559** |
| | ) | **JUDGE HARRISON** |
| | ) | |
| Debtor(s) | ) | Relief from stay to enforce lien |
| | ) | |
| BRANCH BANKING & TRUST COMPANY NOW TRUIST BANK, | ) | Date of Scheduled Hearing: |
| | ) | |
| Secured Claimant | ) | TUESDAY, AUGUST 24, 2021 |

Affected Collateral: 2016 Toyota Tundra, VIN: 5TFUW5F18GX494686

---

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. § 362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS ORDERED that the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

*This Order Was Signed and Entered Electronically as Indicated at the Top of the First Page.*

APPROVED FOR ENTRY:

/s/ Holly N. Knight
Holly N. Knight (017940)
8161 Hwy 100 PMB 286
Nashville, TN 37221
(615) 345-0328
hknight@knightlawpllc.com
Attorney for Secured Claimant

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.