United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: ko8454     Page 1 of 2
Date Rcvd: Aug 27, 2021     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + JAMES WHITFIELD LIVINGSTON, PO BOX 91047, Nashville, TN 37209-9047

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

**Name**     **Email Address**

HOLLY N KNIGHT
    on behalf of Creditor Branch Banking & Trust now Truist Bank hknight@knightlawpllc.com

KEVIN J JONES
    on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com

LEFKOVITZ AND LEFKOVITZ, PLLC
    on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
    on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

PRA Receivables Management, LLC
    claims@recoverycorp.com

| | |
|---|---|
| ROBERT H WALDSCHMIDT | on behalf of Trustee ROBERT H. WALDSCHMIDT rhw@rhwlawoffice.com  rhw@trustesolutions.com;rhw@trustesolutions.net |
| ROBERT H. WALDSCHMIDT | trustee@rhwlawoffice.com  rhw@trustesolutions.com;rhw@trustesolutions.net |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |
| WILLIAM ANDREW BOBO | on behalf of Creditor Farm Credit Mid-America  FLCA abobo@bobohuntandwhite.com |

TOTAL: 9

Marian F. Harrison
US Bankruptcy Judge

Dated: 8/27/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
JAMES WHITFIELD LIVINGSTON, ) CASE NO. 20-03559-MH3-7
)
Debtor )

### ORDER APPROVING OBJECTION THE DISTRIBUTION OF ESTATE FUNDS TO CERTAIN CLAIM(S)

This matter is before the court upon the trustee's objection to the payment of estate funds to certain creditors. It appearing to the court that the trustee has provided notice of his objection pursuant to LR 3007-1, and no responses have been filed to the trustee's objection, and for other cause to the court shown;

IT IS HEREBY ORDERED that the claims listed below are hereby either REDUCED, DISALLOWED, or otherwise determined NOT to be entitled to any distribution from the bankruptcy estate funds:

| Claim No. | Claimant Name | Amount of Claim | Basis for Objection and/or Recommended Disposition |
|---|---|---|---|
| 2 | BB&T NOW TRUST<br>PO Box 1847<br>Wilson NC 27894 | $19,566.67 | Secured Claim; Allowed as Secured, but the Collateral was not administered by the trustee. The claimant shall not receive any distribution from the bankruptcy estate. |
| 5 | FARM CREDIT MID-AMERICA, FLCA<br>100 Nevada Avenue<br>Greeneville TN 37745 | $63,554.74 | |
| 15 | PNC EQUIPMENT FINANCE LLC<br>655 Business Center<br>Horsham PA 19044 | $34,165.05 | |

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:
*/s/ Robert H. Waldschmidt*
ROBERT H. WALDSCHMIDT, Trustee
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 fax
rhw@rhwlawoffice.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.