Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:20−bk−03559
Chapter 7
Judge Marian F Harrison

In Re:
   JAMES WHITFIELD LIVINGSTON
   PO BOX 91047
   Nashville, TN 37209

Social Security No.
   xxx−xx−2895

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 9/14/21 at 09:00 AM

to consider and act upon the following:

Docket Entry No. 178 − Motion and Notice to Extend Sec. 727 and/or Sec. 523 Complaint Deadline.


Dated: 8/31/21                                                  /s/ TERESA C. AZAN
                                                                                                       Clerk, U.S. Bankruptcy Court