United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: jjk0404      Page 1 of 2
Date Rcvd: Aug 31, 2021      Form ID: hrgnot2      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

**Recip ID      Recipient Name and Address**
aty      + KEVIN J JONES, KEVIN J. JONES, 1801 8TH AVE S, STE 100, NASHVILLE, TN 37203-5038

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

**Name      Email Address**

HOLLY N KNIGHT
     on behalf of Creditor Branch Banking & Trust now Truist Bank hknight@knightlawpllc.com

KEVIN J JONES
     on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com

LEFKOVITZ AND LEFKOVITZ, PLLC
     on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com
     sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
     on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

PRA Receivables Management, LLC
     claims@recoverycorp.com

ROBERT H WALDSCHMIDT — on behalf of Trustee ROBERT H. WALDSCHMIDT rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

ROBERT H. WALDSCHMIDT — trustee@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

US TRUSTEE — ustpregion08.na.ecf@usdoj.gov

WILLIAM ANDREW BOBO — on behalf of Creditor Farm Credit Mid-America FLCA abobo@bobohuntandwhite.com

TOTAL: 9

Form hrgnot2

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:20−bk−03559
Chapter 7
Judge Marian F Harrison

In Re:
   JAMES WHITFIELD LIVINGSTON
   PO BOX 91047
   Nashville, TN 37209

Social Security No.
  xxx−xx−2895

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 9/14/21 at 09:00 AM

to consider and act upon the following:

Docket Entry No. 178 − Motion and Notice to Extend Sec. 727 and/or Sec. 523 Complaint Deadline.

Dated: 8/31/21                                                                    /s/ TERESA C. AZAN
                                                                                     Clerk, U.S. Bankruptcy Court