IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
**JAMES WHITFIELD LIVINGSTON** ) **CASE NO. 20-03559-MH3-7**
      Debtor )

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: 9/29/2021**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE HELD ON: 10/19/2021**
**at 9:00 a.m., by Zoom Call-In Number: 833-568-8864 US Toll-free   Meeting ID:  160 2983 9352**

**NOTICE OF MOTION FOR INTERIM DISTRIBUTION AND INTERIM TRUSTEE FEE**

Robert H. Waldschmidt, Trustee/Attorney for Trustee, has asked the court for the above relief:

     **YOUR RIGHTS MAY BE AFFECTED**. If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

     1.    File with the court your written response or objection explaining your position.  Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: https://ecf.tnmb.uscourts.gov.

     If you need assistance with Electronic Filing you may call the Clerk's Intake Department at (615)736-5584.

     2.    Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

     3.    You must also serve a copy of your response to Robert H. Waldschmidt at one of the following:

          On Line:    rhw@rhwlawoffice.com
          U.S. Mail:   P.O. Box 2828, Brentwood, TN 37024-2828
          Fax:       (615) 259-2179

     If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: 9/7/2021                                           */s/ Robert H. Waldschmidt*
                                                                  **ROBERT H. WALDSCHMIDT**, #4657
                                                                    Attorney for Trustee
                                                                    P.O. Box 2828
                                                                    Brentwood, TN 37024-2828
                                                                    (615) 468-1020; (615) 259-2179 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice**, together with the **Motion** and proposed **Order**, were served on the parties listed on the attached matrix (consisting of debtor, debtor's counsel, all creditors and parties in interest), by regular mail, postage prepaid, by placing the envelopes containing the Notice, Motion, and Order in the U.S. Mail, and upon all parties receiving electronic notification, via ECF, on 9/7/2021.

*/s/ Robert H. Waldschmidt*
**ROBERT H. WALDSCHMIDT**

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>1201 KINGSVIEW CIRCLE SE<br>Smyrna GA 30080 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | BB&T BANKRUPTCY SECTION<br>100-50-01-51<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| BB&T now Truist<br>PO Box 1847<br>Wilson, NC 27894-1847 | BEST BUY<br>7601 PENNE AVENUE<br>Minneapolis MN 55423-3683 | Cassie Burton<br>3833 Saunders Ave.<br>Nashville, TN 37216-2021 |
| Cassie Burton<br>c/o Sherwood Litigation<br>201 4th Ave N S 1130<br>Nashville TN 37219 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Deere & Company dba John Deere Financial<br>Po Box 6600<br>Johnston, IA 50131-6600 |
| FARM CREDIT MID AMERICA<br>5015 SOUTH 118TH STREET<br>Omaha NE 68137-2210 | Farm Credit Mid-America, FLCA<br>Attn: Ricky West<br>100 Nevada Avenue<br>Greeneville, TN 37745-3409 | Farm Credit Mid-America, FLCA<br>c/o Bobo, Hunt & White<br>P. O. Box 169<br>Shelbyville, TN 37162-0169 |
| FIRST HERITAGE CREDIT<br>1221 S Hartmann Drive, Suite A<br>Lebanon, TN 37090-4109 | Internal Revenue Service,<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JAMES WHITFIELD LIVINGSTON<br>PO BOX 91047<br>Nashville, TN 37209-9047 |
| Lauren Lowe<br>3811 Woodmont Ln<br>Nashville TN 37215-1715 | LEFKOVITZ AND LEFKOVITZ, PLLC +<br>618 CHURCH ST STE 410<br>NASHVILLE, TN 37219-2452 | Milessa Thomas<br>404 Westview Dr.<br>Franklin, KY 42134-1557 |
| Milessa Thomas<br>c/o Christopher Boiano Esq.<br>115 Shivel Dr.<br>Hendersonville TN 37075-3536 | PNC Equipment Finance, LLC<br>655 Business Center Drive<br>Horsham, PA 19044-3409 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PRA Receivables Management, LLC +<br>PO Box 41021<br>Norfolk, VA 23541-1021 | STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 | SYNCHRONY BANK<br>PO BOX 530960<br>Atlanta GA 30353-0960 |
| SYNOVUS BANK<br>1148 Broadway<br>Columbus, GA 31901-2429 | TN CHILD SUPPORT<br>DEPT OF HUMAN SERVICES<br>400 DEADERICK ST 14TH FLOOR<br>NASHVILLE TN 37243-1403 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **JAMES WHITFIELD LIVINGSTON** | ) CASE NO. 20-03559-MH3-7 |
| Debtor | ) |

## TRUSTEE'S MOTION FOR INTERIM DISTRIBUTION AND INTERIM TRUSTEE FEE

Comes now Robert H. Waldschmidt, trustee, by and through counsel, and moves the court for an Order authorizing the trustee to make interim distribution of a portion of the current funds on hand to allowed claimants set forth below, and for an interim trustee fee, and would further state:

1. The bankruptcy proceeding began as a Chapter 13 proceeding, and was converted to Chapter 7 on March 23, 2021.

2. Robert H. Waldschmidt was appointed and is the duly qualified and acting trustee in this Chapter 7 case.

3. Pursuant to a Notice dated March 30, 2021, creditors with claims against the bankruptcy estate were directed to file claims on or before June 28, 2021.

4. The trustee is currently holding $79,559.54 in funds. Trustee is seeking to make interim distribution of $55,000 of the funds on hand.

5. The Trustee has reviewed the file and the Proofs of Claim on file with the Court. An order disallowing distribution to certain claims was entered on August 27, 2021 (ECF195).

6. Based on said review, the Trustee requests authority to make interim distribution to the following claims against the estate:

| | | |
|---|---|---|
| a. | ROBERT H WALDSCHMIDT, Int. Trustee Fee | $5,000.00 |
| b. | Claim 4-3 Internal Revenue Service (100%) | $5,297.48 |
| e. | General Unsecureds – prorata int. distribution | $44,702.52 |

*detail of distribution attached as Exhibit 1

7. The Trustee has not made any prior interim distributions in this case.

8. The Trustee will have sufficient funds (after said disbursements) to pay all Chapter 7 administrative claims, fees, expenses, etc., with funds remaining for disbursement to claimants pursuant to 11 U.S.C. §726(a)(1) and §507(a)(5) & (8).

9. The Trustee would further state that said distribution will significantly reduce the monthly banking fees being incurred by the bankruptcy estate.

WHEREFORE, TRUSTEE PRAYS for the following relief:

1. That the Court authorize the trustee to make interim distribution to the claimants listed in paragraph 6 above.

2. For such other and further relief as is just.

RESPECTFULLY SUBMITTED,

*/s/Robert H Waldschmidt*
**ROBERT H. WALDSCHMIDT**, #4657
 Attorney for Trustee
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179 (fax)
rhw@rhwlawoffice.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
**JAMES WHITFIELD LIVINGSTON** ) CASE NO. 20-03559-MH3-7
Debtor )

## ORDER AUTHORIZING INTERIM DISTRIBUTION

Upon the Trustee's motion for interim distribution, and it appearing that the notice of said motion has been served on all creditors and parties in interest, and no objections having been filed, and for other cause to the court shown;

IT IS HEREBY ORDERED that the Trustee is authorized to make interim distribution as follows:

| | | |
|---|---|---|
| a. | ROBERT H WALDSCHMIDT, Int. Trustee Fee | $5,000.00 |
| b. | Claim 4-3 Internal Revenue Service (100%) | $5,297.48 |
| e. | General Unsecureds – prorata int. distribution | $44,702.52 |

*detail of distribution attached as Exhibit 1

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ Robert H. Waldschmidt*
**ROBERT H. WALDSCHMIDT**   #4657
   Attorney for Trustee
P.O. Box 2828
Brentwood, TN 37024-2828
615-468-1020   Fax: 615-259-2179
rhw@rhwlawoffice.com

# Claims Proposed Distribution

EXHIBIT 1

Robert H. Waldschmidt, Trustee

Case: 20-03559-MH3-7  LIVINGSTON, JAMES WHITFIELD

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $79,559.54
**Total Proposed Payment:** $55,000.00
**Remaining Balance:** $24,559.54

| # | Claimant Name / Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|
|  | Robert H. Waldschmidt | $7,254.40 | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 | $74,559.54 |
| 1 | First Heritage Credit<br><br>allow as unsecured-debtor no longer has collateral | $2,794.34 | $2,794.34 | $0.00 | $2,794.34 | $2,036.64 | $72,522.90 |
| 3 | BB&T now Truist<br><br>allow-unsecured | $44.00 | $44.00 | $0.00 | $44.00 | $32.07 | $72,490.83 |
| 4 | Internal Revenue Service,<br><br>allow-priority tax | $5,297.48 | $5,297.48 | $0.00 | $5,297.48 | $5,297.48 | $67,193.35 |
| 4 | Internal Revenue Service,<br><br>allow-unsecured | $1,170.70 | $1,170.70 | $0.00 | $1,170.70 | $853.26 | $66,340.09 |
| 6 | American Express National Bank c/o Becket and Lee LLP<br><br>allow-unsecured | $13,616.35 | $13,616.35 | $0.00 | $13,616.35 | $9,924.19 | $56,415.90 |
| 9 | American Express National Bank c/o Becket and Lee LLP<br><br>allow-unsecured | $16,019.18 | $16,019.18 | $0.00 | $16,019.18 | $11,675.48 | $44,740.42 |
| 10 | Deere & Company dba John Deere Financial<br><br>allow-unsecured | $8,758.90 | $8,758.90 | $0.00 | $8,758.90 | $6,383.87 | $38,356.55 |
| 11 | Portfolio Recovery Associates, LLC<br><br>allow-unsecured | $262.64 | $262.64 | $0.00 | $262.64 | $191.42 | $38,165.13 |
| 12 | Synovus Bank<br><br>allow-unsecured | $11,017.07 | $11,017.07 | $0.00 | $11,017.07 | $8,029.72 | $30,135.41 |
|  | **Page sub-total :** | **$66,235.06** | **$63,980.66** | **$0.00** | **$63,980.66** | **$49,424.13** |  |

# Claims Proposed Distribution

Case: 20-03559-MH3-7 LIVINGSTON, JAMES WHITFIELD

Report Includes ONLY Claims with a Proposed Distribution

Robert H. Waldschmidt, Trustee

**Case Balance:** $79,559.54
**Total Proposed Payment:** $55,000.00
**Remaining Balance:** $24,559.54

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 13 | Citibank, N.A. allow-unsecured | | $511.24 | $511.24 | $0.00 | $511.24 | $372.61 | $29,762.80 |
| 14 | Stearns Bank National Association allow-unsecured | | $7,139.06 | $7,139.06 | $0.00 | $7,139.06 | $5,203.26 | $24,559.54 |

## Case Summary

| | | | | |
|---|---|---|---|---|
| Total Claims: 76.78% | $73,885.36 | $71,630.96 | $0.00 | | $55,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Page sub-total : | $7,650.30 | $7,650.30 | $0.00 | $7,650.30 | $5,575.87 |
| Grand Total : | $73,885.36 | $71,630.96 | $0.00 | $71,630.96 | $55,000.00 |