## UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

IN RE:                                    )
                                          )        **Case No. 3:20-bk-03559**
**JAMES WHITFIELD LIVINGSTON,**     )        **Chapter 7**
                                          )        **Judge Marion F. Harrison**
    Debtor.                               )

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter came before this Honorable Court on the Motion of Matthew R. Murphy, counsel of record for Cassie Burton and Milessa Thomas, to be allowed to withdraw as counsel of record for these interested parties in this case. Upon consideration of this Motion to Withdraw, the Court finds that all interest parties have been notified of this Motion pursuant to LBR 2091-1(b), and that no response in opposition to the Motion has been filed. Accordingly, the Court finds the Motion to Withdraw well taken and hereby granted.

IT IS HEREBY ORDERED that Matthew R. Murphy is allowed to withdraw as counsel for record for Cassie Burton and Milessa Thomas in this case.

IT IS FURTHER ORDERED that Matthew R. Murphy is released from the responsibility of any and all costs, bonds, and proceedings in connection with this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED
AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Matthew R. Murphy
Matthew R. Murphy (#24627)
**Smythe Huff & Murphy PC**
1222 16th Avenue South, Suite 301
Nashville, Tennessee 37212
Phone: (615) 255-4849
Fax: (615) 255-4855
mmurphy@smythehuff.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed and served via the Court's electronic case filing and noticing system on this 10th day of August, 2021, to Debtor's Counsel, Steven L. Lefkovitz, the Chapter 7 Trustee, Robert H. Waldschmidt, and all parties registered to received electronic notices in this matter, and by United States Mail, first class, postage prepaid to the following entities:

Cassie Burton
c/o Cynthia A. Sherwood
201 4th Ave. N.
Ste. 1130
Nashville, TN 37219

Milessa Thomas
c/o Christopher V. Boiano
115 Shivel Dr.
Hendersonville, TN 37075

/s/ Matthew R. Murphy
Matthew R. Murphy

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.