Form vorder

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.: 3:20−bk−03559
Chapter: 7
Judge: Marian F Harrison

In Re:
JAMES WHITFIELD LIVINGSTON
PO BOX 91047
Nashville, TN 37209

Social Security No.:
xxx−xx−2895

Employer's Tax I.D. No.:

## ORDER

ORDER by Judge Harrison : With regard to docket entry # 178, 191, 199, , The hearing on First Heritage Credit of Tennessees motion to extend time to object to discharge, set for September 14, 2021, in Courtroom 3, will be held by Zoom telephone conference. Zoom Call−In Number: 833−568−8864 US Toll−free; Meeting ID: 160 2983 9352. (RE: related document(s) 178, 191, 199, ) (sfb)

Dated: 9/10/21

/s/ Marian F Harrison
UNITED STATES BANKRUPTCY JUDGE