*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 9/30/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
 )
**JAMES WHITFIELD LIVINGSTON** ) CASE NO. 20-03559-MH3-7
Debtor )

## ORDER AUTHORIZING INTERIM DISTRIBUTION

Upon the Trustee's motion for interim distribution, and it appearing that the notice of said motion has been served on all creditors and parties in interest, and no objections having been filed, and for other cause to the court shown;

IT IS HEREBY ORDERED that the Trustee is authorized to make interim distribution as follows:

| | | |
|---|---|---|
| a. | ROBERT H WALDSCHMIDT, Int. Trustee Fee | $5,000.00 |
| b. | Claim 4-3 Internal Revenue Service (100%) | $5,297.48 |
| e. | General Unsecureds – prorata int. distribution | $44,702.52 |

*detail of distribution attached as Exhibit 1

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ Robert H. Waldschmidt*
**ROBERT H. WALDSCHMIDT**  #4657
  Attorney for Trustee
P.O. Box 2828
Brentwood, TN 37024-2828
615-468-1020   Fax: 615-259-2179
rhw@rhwlawoffice.com

# Claims Proposed Distribution

**Case:** 20-03559-MH3-7  LIVINGSTON, JAMES WHITFIELD

Report Includes ONLY Claims with a Proposed Distribution

## EXHIBIT 1

**Robert H. Waldschmidt, Trustee**
**Case Balance:** $79,559.54
**Total Proposed Payment:** $55,000.00
**Remaining Balance:** $24,559.54

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|   | Robert H. Waldschmidt |  | $7,254.40 |  | $0.00 | $5,000.00 | $5,000.00 | $74,559.54 |
| 1 | First Heritage Credit |  | $2,794.34 | $2,794.34 | $0.00 | $2,794.34 | $2,036.64 | $72,522.90 |
|   | allow as unsecured-debtor no longer has collateral |  |  |  |  |  |  |  |
| 3 | BB&T now Truist |  |  | $44.00 | $0.00 | $44.00 | $32.07 | $72,490.83 |
|   | allow-unsecured |  |  |  |  |  |  |  |
|   | Internal Revenue Service, |  | $5,297.48 | $5,297.48 | $0.00 | $5,297.48 | $5,297.48 | $67,193.35 |
|   | allow-priority tax |  |  |  |  |  |  |  |
|   | Internal Revenue Service, |  | $1,170.70 | $1,170.70 | $0.00 | $1,170.70 | $853.26 | $66,340.09 |
|   | allow-unsecured |  |  |  |  |  |  |  |
|   | American Express National Bank c/o Becket and Lee LLP |  | $13,616.35 | $13,616.35 | $0.00 | $13,616.35 | $9,924.19 | $56,415.90 |
|   | allow-unsecured |  |  |  |  |  |  |  |
|   | American Express National Bank c/o Becket and Lee LLP |  | $16,019.18 | $16,019.18 | $0.00 | $16,019.18 | $11,675.48 | $44,740.42 |
|   | allow-unsecured |  |  |  |  |  |  |  |
| 10 | Deere & Company dba John Deere Financial |  | $8,758.90 | $8,758.90 | $0.00 | $8,758.90 | $6,383.87 | $38,356.55 |
|   | allow-unsecured |  |  |  |  |  |  |  |
| 11 | Portfolio Recovery Associates, LLC |  | $262.64 | $262.64 | $0.00 | $262.64 | $191.42 | $38,165.13 |
|   | allow-unsecured |  |  |  |  |  |  |  |
| 12 | Synovus Bank |  | $11,017.07 | $11,017.07 | $0.00 | $11,017.07 | $8,029.72 | $30,135.41 |
|   | allow-unsecured |  |  |  |  |  |  |  |
|   | **Page sub-total :** |  | **$66,235.06** | **$63,980.66** | **$0.00** | **$63,980.66** | **$49,424.13** |  |

# Claims Proposed Distribution

Robert H. Waldschmidt, Trustee
Case Balance: $79,559.54
Total Proposed Payment: $55,000.00
Remaining Balance: $24,559.54

Case: 20-03559-MH3-7 LIVINGSTON, JAMES WHITFIELD
Report Includes ONLY Claims with a Proposed Distribution

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 13 | Citibank, N.A. | allow-unsecured | $511.24 | $511.24 | $0.00 | $511.24 | $372.61 | $29,762.80 |
| 14 | Stearns Bank National Association | allow-unsecured | $7,139.06 | $7,139.06 | $0.00 | $7,139.06 | $5,203.26 | $24,559.54 |

## Case Summary

Pool Claims: 76.78% | | | $73,885.36 | $71,630.96 | $0.00 | | $55,000.00 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Page sub-total : | $7,650.30 | $7,650.30 | $0.00 | $7,650.30 | **$5,575.87** | |
| | | Grand Total : | $73,885.36 | $71,630.96 | $0.00 | $71,630.96 | **$55,000.00** | |

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.