United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: ko8454     Page 1 of 2
Date Rcvd: Sep 30, 2021     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JAMES WHITFIELD LIVINGSTON, PO BOX 91047, Nashville, TN 37209-9047 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

**Name**      **Email Address**

HOLLY N KNIGHT
    on behalf of Creditor Branch Banking & Trust now Truist Bank hknight@knightlawpllc.com

KEVIN J JONES
    on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com

LEFKOVITZ AND LEFKOVITZ, PLLC
    on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com
    sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com

MATTHEW R MURPHY
    on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

PRA Receivables Management, LLC
    claims@recoverycorp.com

ROBERT H WALDSCHMIDT

on behalf of Trustee ROBERT H. WALDSCHMIDT rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

ROBERT H. WALDSCHMIDT

trustee@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

WILLIAM ANDREW BOBO

on behalf of Creditor Farm Credit Mid-America FLCA abobo@bobohuntandwhite.com

TOTAL: 9

*signature: Marian F. Harrison, US Bankruptcy Judge*

*seal: United States Bankruptcy Court, Middle District of Tennessee*

Dated: 9/30/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **JAMES WHITFIELD LIVINGSTON** | ) | **CASE NO. 20-03559-MH3-7** |
| Debtor | ) | |

### ORDER AUTHORIZING INTERIM DISTRIBUTION

Upon the Trustee's motion for interim distribution, and it appearing that the notice of said motion has been served on all creditors and parties in interest, and no objections having been filed, and for other cause to the court shown;

IT IS HEREBY ORDERED that the Trustee is authorized to make interim distribution as follows:

| | | |
|---|---|---|
| a. | ROBERT H WALDSCHMIDT, Int. Trustee Fee | $5,000.00 |
| b. | Claim 4-3 Internal Revenue Service (100%) | $5,297.48 |
| e. | General Unsecureds – prorata int. distribution | $44,702.52 |

*detail of distribution attached as Exhibit 1

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ Robert H. Waldschmidt*
**ROBERT H. WALDSCHMIDT**   #4657
   Attorney for Trustee
P.O. Box 2828
Brentwood, TN 37024-2828
615-468-1020   Fax: 615-259-2179
rhw@rhwlawoffice.com

# Claims Proposed Distribution

## EXHIBIT 1

Case: 20-03559-MH3-7  LIVINGSTON, JAMES WHITFIELD

Report Includes ONLY Claims with a Proposed Distribution

Robert H. Waldschmidt, Trustee
Case Balance: $79,559.54
Total Proposed Payment: $55,000.00
Remaining Balance: $24,559.54

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Robert H. Waldschmidt |  |  |  | $0.00 | $5,000.00 | $5,000.00 | $74,559.54 |
| 1 | First Heritage Credit | allow as unsecured-debtor no longer has collateral | $7,254.40 | $5,000.00 | $0.00 | $2,794.34 | $2,036.64 | $72,522.90 |
| 3 | BB&T now Truist | allow-unsecured | $2,794.34 | $2,794.34 | $0.00 | $44.00 | $32.07 | $72,490.83 |
| 4 | Internal Revenue Service, | allow-priority tax | $44.00 | $44.00 | $0.00 | $5,297.48 | $5,297.48 | $67,193.35 |
| 4 | Internal Revenue Service, | allow-unsecured | $5,297.48 | $5,297.48 | $0.00 | $1,170.70 | $853.26 | $66,340.09 |
| 6 | American Express National Bank c/o Becket and Lee LLP | allow-unsecured | $1,170.70 | $1,170.70 | $0.00 | $13,616.35 | $9,924.19 | $56,415.90 |
| 9 | American Express National Bank c/o Becket and Lee LLP | allow-unsecured | $13,616.35 | $13,616.35 | $0.00 | $16,019.18 | $11,675.48 | $44,740.42 |
| 10 | Deere & Company dba John Deere Financial | allow-unsecured | $16,019.18 | $16,019.18 | $0.00 | $8,758.90 | $6,383.87 | $38,356.55 |
| 11 | Portfolio Recovery Associates, LLC | allow-unsecured | $8,758.90 | $8,758.90 | $0.00 | $262.64 | $191.42 | $38,165.13 |
| 12 | Synovus Bank | allow-unsecured | $262.64 | $262.64 | $0.00 | $11,017.07 | $8,029.72 | $30,135.41 |
|  |  |  | $11,017.07 | $11,017.07 |  |  |  |  |
|  | Page sub-total : |  | **$66,235.06** | **$63,980.66** | **$0.00** | **$63,980.66** | **$49,424.13** |  |

# Claims Proposed Distribution

Robert H. Waldschmidt, Trustee
Case Balance: $79,559.54
Total Proposed Payment: $55,000.00
Remaining Balance: $24,559.54

Case: 20-03559-MH3-7  LIVINGSTON, JAMES WHITFIELD
Report Includes ONLY Claims with a Proposed Distribution

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 13 | Citibank, N.A. | allow-unsecured | $511.24 | $511.24 | $0.00 | $511.24 | $372.61 | $29,762.80 |
| 14 | Stearns Bank National Association | allow-unsecured | $7,139.06 | $7,139.06 | $0.00 | $7,139.06 | $5,203.26 | $24,559.54 |
| | | | $73,885.36 | $71,630.96 | $0.00 | | $55,000.00 | |
| | | Page sub-total : | $7,650.30 | $7,650.30 | $0.00 | $7,650.30 | $5,575.87 | |
| | | Grand Total : | $73,885.36 | $71,630.96 | $0.00 | $71,630.96 | $55,000.00 | |

## Case Summary

Total Claims: 76.78%

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.