In re:          Case No. 20-03559-MFH
JAMES WHITFIELD LIVINGSTON          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: jjk0404      Page 1 of 2
Date Rcvd: Dec 13, 2021      Form ID: hrgnot      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + JUSTIN TIMOTHY CAMPBELL, THOMPSON BURTON PLLC, ONE FRANKLIN PARK, 6100 TOWER CIRCLE, SUITE 200, FRANKLIN, TN 37067-1465 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GREGORY ROBERT ATWOOD | on behalf of Creditor PNC Equipment Finance LLC gregatwoodlaw@gmail.com, ecf.amlaw@gmail.com |
| HOLLY N KNIGHT | on behalf of Creditor Branch Banking & Trust now Truist Bank hknight@knightlawpllc.com |
| JUSTIN TIMOTHY CAMPBELL | on behalf of Creditor Milessa Thomas justin@thompsonburton.com |
| KEVIN J JONES | on behalf of Creditor FIRST HERITAGE CREDIT kevin@kjjlaw.com |
| LEFKOVITZ AND LEFKOVITZ, PLLC | on behalf of Debtor JAMES WHITFIELD LIVINGSTON slefkovitz@lefkovitz.com sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r52946@notify.bestcase.com;mspezia@lefkovitz.com |

MATTHEW R MURPHY
    on behalf of Creditor SYNOVUS BANK mmurphy@smythehuff.com

PRA Receivables Management, LLC
    claims@recoverycorp.com

ROBERT H WALDSCHMIDT
    on behalf of Trustee ROBERT H. WALDSCHMIDT rhw@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

ROBERT H. WALDSCHMIDT
    trustee@rhwlawoffice.com rhw@trustesolutions.com;rhw@trustesolutions.net

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

WILLIAM ANDREW BOBO
    on behalf of Creditor Farm Credit Mid-America FLCA abobo@bobohuntandwhite.com

TOTAL: 11

Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:20−bk−03559
Chapter 7
Judge Marian F Harrison

In Re:
   JAMES WHITFIELD LIVINGSTON
   PO BOX 91047
   Nashville, TN 37209

Social Security No.
   xxx−xx−2895

Employer's Tax I.D. No.

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 1/4/22 at 09:00 AM

to consider and act upon the following:

*220* − Creditor Milessa Thomas' Response to Debtor's Objection to Claim. Filed on the behalf of: Creditor Milessa Thomas (RE: related document(s)129). (CAMPBELL, JUSTIN)

Dated: 12/13/21                                   /s/ TERESA C. AZAN
                                                                     Clerk, U.S. Bankruptcy Court